1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

COLITA GRIER,                                            )   Case No.: 1:22-cv-0013 JLT HBK
                                                         )
12

             Plaintiff,                                  )   ORDER REMANDING THE MATTER
                                                         )   PURSUANT TO SENTENCE FOUR OF 42 U.S.C.
13

       v.                                                )   § 405(g)
                                                         )   (Doc. 20)
14

KILOLO KIJAKAZI                                          )
Acting Commissioner of Social Security,                  )   ORDER DIRECTING ENTRY OF JUDGMENT
                                                         )   IN FAVOR OF PLAINTIFF COLITA GRIER
15

             Defendant.                                  )   AND AGAINST DEFENDANT KILOLO
                                                         )   KIJAKAZI, ACTING COMMISSIONER OF
16

                                                         )   SOCIAL SECURITY
                                                         )
17

18

      Colita Grier and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a

19

voluntary remand of Plaintiff's application for benefits for further administrative proceedings

20

pursuant to sentence four of 42 U.S.C. § 405(g) on February 6, 2023.  (Doc. 20.)  Pursuant to the

21

terms of the stipulation, "the Commissioner will offer Plaintiff the opportunity for a hearing, further

22

develop the record as necessary, and issue a new decision."  (*Id*. at 2.)  The parties also stipulated

23

judgment shall be entered in favor of Plaintiff and against the Commissioner.  (*Id*.)

24

      Based upon the terms of the stipulation, the Court **ORDERS**:

25

      1.     The matter is **REMANDED** for further administrative proceedings under sentence four

26

          of 42 U.S.C. § 405(g).

27

///

28

///

1

2.      The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Colita Grier

and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:     **February 7, 2023**

_UNITED STATES DISTRICT JUDGE_